UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE BROWN, individually and on behalf of others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>NANO HEARING TECH OPCO, LLC d/b/a NANO HEARING AIDS,<br><br>                                    Defendant. | Case No.: 3:24-cv-00221-BTM-BJC<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On July 9, 2024, the Court granted Defendant's Motion to Dismiss Plaintiff's Complaint. (ECF No. 12.) The Court granted Plaintiff leave to file an amended complaint by August 6, 2024. Id. at 19. Plaintiff has not filed an amended complaint. Therefore, this case is dismissed without prejudice. The Clerk shall enter a final judgment of dismissal without prejudice and close the case.

**IT IS SO ORDERED.**

Dated:  September 13, 2024

Hon. Barry Ted Moskowitz
United States District Judge