

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephanie Brown, Individually and on behalf of others similarly situated<br><br>Plaintiff,<br><br>V.<br><br>Nano Hearing Tech Opco, LLC, doing business as Nano Hearing Aids<br><br>Defendant. | Civil Action No.   24-cv-221-BTM-BJC<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On July 9, 2024, the Court granted Defendant's Motion to Dismiss Plaintiff's Complaint. (ECF No. 12.) The Court granted Plaintiff leave to file an amended complaint by August 6, 2024. Id. at 19. Plaintiff has not filed an amended complaint. Therefore, this case is dismissed without prejudice.

| | |
|---|---|
| **Date:**   9/15/24 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ D. Martinez<br>                               D. Martinez, Deputy |